UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLANCA VINANSACA,<br><br>                                    Plaintiff,<br>                    -v-<br><br>HOWARD PLOTKIN and 521 W. 180TH STREET LLC,<br><br>                                    Defendants. | 19 Civ. 10473 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On December 2, 2020, the parties submitted a proposed settlement agreement, Dkt. 20 ("Agreement"), and a letter in support, Dkt. 22, in this Fair Labor Standards Act and New York Labor Law action. The Court has carefully reviewed the Agreement. The Court concludes, substantially for the reasons stated in the parties' letter, that the proposed settlement agreement is fair and reasonable. The Agreement provides that plaintiff shall receive the full amount of the settlement amount, without any award of attorneys' fees. Upon careful review of the Agreement, the Court is satisfied that the Agreement was achieved through procedurally fair means and is fair and reasonable such that it satisfies the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Accordingly, the Court approves the Agreement. The Court will terminate this case after the parties submit the proposed order of dismissal contemplated in the Agreement. *See* Agreement ¶ 6. The parties are directed to do so forthwith after defendants make the initial payment set forth as a condition of dismissal. *Id.* ¶¶ 4(A), 6.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: December 3, 2020
       New York, New York