**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

BLANCA VINANSACA A/K/A BLANCA PANORA,

                      Plaintiff,

      -against-

HOWARD PLOTKIN,
521 W. 180th STREET LLC,

                      Defendants.

-------------------------------------------------------------------x

**Civil Action No.: 19-10473**


**ORDER OF DISMISSAL**

### AGREED ORDER OF DISMISSAL AS TO ALL DEFENDANTS

      Plaintiff, BLANCA VINANSACA A/K/A BLANCA PANORA, hereby voluntarily dismisses this action against Defendants HOWARD PLOTKIN and 521 W.180th STREET, LLC, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(2). Said Parties request that the Court retain jurisdiction to enforce the terms of the settlement between said parties. An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.


 The Court hereby retains jurisdiction for purposes of enforcing the
 settlement agreement between the parties.
**SO ORDERED this** _____14th_____ **day of** _____December_____ **, 2020.**

_Paul A. Engelmayer_
_____
Hon. Paul  A. Engelmayer
District Judge